# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORGE CLAUDIO | : | CIVIL ACTION |
| Plaintiff, | : | NO. 09-4378 |
| | : | |
| v. | : | |
| | : | |
| MGS MACHINE CORP. | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this __28th____ day of April, 2011, upon consideration of Plaintiff's Motion to Dismiss (Doc. #57), Defendant's Response (Doc. #69), Third-Party Defendant's Response (Doc. #70), and Plaintiff's Reply (Doc. #72), it is **ORDERED** that Plaintiff's Motion (Doc. #57) is **DENIED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: