## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JORGE CLAUDIO,                          :
      Plaintiff,                   :
                              :
    v.                               :        CIVIL ACTION
                              :
MGS MACHINE CORP.,                      :        NO. 09-4378
      Defendant,                   :
                              :
    v.                               :
                              :
TASTY BAKING CO.,                       :
      Third-Party Defendant.       :

## <u>ORDER</u>

     **AND NOW**, this   22   day of June, 2011, it is **ORDERED** that Third-Party

Defendant Tasty Baking Company's Motion for Summary Judgment (Doc. #42) is

**GRANTED**.


                                      _____s/Anita B. Brody_____

                                        ANITA B. BRODY, J.




Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: